## NEWMAN v. STATE.
### No. 19551.

Court of Criminal Appeals of Texas.

March 3, 1938.

T. F. Slack, of Pecos, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for child desertion; penalty is assessed at a fine of $500.

The indictment appears regular and regularly presented. The record is before

248

this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.